■ In the Matter of DYLAN G., Appellant. CHAUTAUQUA COUNTY ATTORNEY, Respondent. [893 NYS2d 789]—Appeal from an amended order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered December 8, 2008 in a proceeding pursuant to Family Court Act article 3. The amended order, insofar as appealed from, ordered respondent to pay $1,500 in restitution.

It is hereby ordered that the amended order so appealed from

is unanimously affirmed without costs (*see generally Matter of Sean P.K.*, 70 AD3d 1308 [2010]). Present—Smith, J.P., Peradotto, Lindley, Green and Gorski, JJ.